EXHIBIT "A"





