EXHIBIT "B"





