| | |
|---|---|
| 1 | Mark D. Campbell, SBN 180528 |
| | mcampbell@sidley.com |
| 2 | Rachel A. Straus, SBN 268836 |
| | rstraus@sidley.com |
| 3 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street, Suite 4000 |
| 4 | Los Angeles, CA  90013 |
| | Tel. (213) 896-6000 |
| 5 | Fax: (213) 896-6600 |
| 6 | Attorneys for Defendants Ashley |
| 7 | Furniture Industries, Inc. and Ashley HomeStores, Ltd. |
| 8 | Mike Arias, SBN 115385 |
| | mike@asstlawyers.com |
| 9 | Mikael H. Stahle, SBN 182599 |
| | mikael@asstlawyers.com |
| 10 | ARIAS SANGUINETTI STAHLE |
| | & TORRIJOS LLP |
| 11 | 6701 Center Drive West, Suite 1400 |
| | Los Angeles, CA 90045 |
| 12 | Tel.:  (310) 844-9696 |
| | Fax:   (310) 861-0168 |
| 13 | |
| 14 | Attorneys for Plaintiffs Juan Alvarez and Silvia Rico |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JUAN ALVAREZ, an individual, on behalf of himself and all others similarly situated; SILVIA RICO, an individual, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ASHLEY FURNITURE INDUSTRIES, INC., a Wisconsin corporation; ASHLEY HOMESTORES, LTD., a Wisconsin corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.2:16-CV-00630-MWF(MRWx) <br><br> Assigned to: Hon. Michael W. Fitzgerald <br><br> **PROTECTIVE ORDER** |

# ORDER

GOOD CAUSE APPEARING THEREFORE, IT IS ORDERED THAT the terms of the Protective Order as described in the Stipulation For A Protective Order entered into on July 20, 2016 between Defendants and Plaintiffs is hereby granted as the order of the Court and will be binding on the parties and signatories to **Exhibit "A"** thereto.

**IT IS SO ORDERED.**

**DATED**: _July 21_, 2016            /S/ MICHAEL R. WILNER
HON. MICHAEL R. WILNER
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF
CALIFORNIA