| | |
|---|---|
| 1 | JS-6 |
| 2 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JUAN ALVAREZ, et al. | ) Case No. 2:16-CV-00630 |
|---|---|
| Plaintiffs, | ) |
| v. | ) [PROPOSED] FINAL JUDGMENT IN FAVOR OF DEFENDANTS |
| ASHLEY FURNITURE INDUSTRIES, INC., et al. | ) |
| Defendants. | ) |

On September 20, 2017, the Court granted Defendants' Motion for Summary Judgment Against Nicholas Razo, who is the only remaining plaintiff in this action.

**WHEREFORE, IT IS ORDERED AND ADJUGED THAT**:

Final Judgment is hereby entered in favor of the Defendants; and

IT IS SO ORDERED.

DATED: October 30, 2017

_____
Honorable Michael W. Fitzgerald
United States District Court Judge